# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2747 Disciplinary Docket No. 3 |
| | : |
| SUSAN ANN LOWDEN | : Board File No. C1-20-316 |
| | : |
| | : (Supreme Court of New Jersey, D-55 |
| | : September Term 2019) |
| | : |
| | : Attorney Registration No. 60228 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of November, 2020, having failed to respond to a Notice and Order directing her to provide reasons against the imposition of reciprocal discipline, Susan Ann Lowden is suspended from the practice of law for a period of six months in the Commonwealth of Pennsylvania. She shall comply with all the provisions of Pa.R.D.E. 217.